AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Texas

United States Courts Southern
District of Texas
FILED

**2/16/2022**

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Brandon Martinez | ) | Case No. V-22-0006M |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 12, 2022__ in the county of __Goliad__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1324 | did knowingly or in a reckless disregard of the fact that an alien had come to, entered, or remained in the United States in violation of law, transport, or move or attempt to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law |

This criminal complaint is based on these facts:

See Attached Affidavit of HSI Special Agent.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Carl E. Marshall, HSI Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to,

Signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found:

Date: 02/16/2022

_____
*Judge's signature*

City and state: Corpus Christi, TX

Mitchel Neurock, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

**AFFIDAVIT**

I, Carl E. Marshall, being first duly sworn, hereby depose and state as follows:

1. I am a Special Agent with United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this position since September 2015. My responsibilities include investigating criminal violations relating to offenses committed against the United States including but not limited to, immigration violations, controlled substances violations, financial crimes, fraud, and child exploitation.

2. Since this affidavit is being submitted for the limited purpose of obtaining an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are essential to establish the necessary foundation to establish probable cause for the issuance of the arrest warrant.

3. Because of my personal participation in this investigation and of reports, oral and written, made to me by other law enforcement officials, and interviews of witnesses involved firsthand in matters surrounding this investigation, I am familiar with the circumstances of the offenses described in the Affidavit. On the basis of this direct participation and on the basis of my training and experience set forth herein, I state the facts contained in this Affidavit show the following:

4. There is probable cause to believe that Brandon MARTINEZ is in violation of Title 8 United States Code 1324, Alien Smuggling.

5. On February 12, 2022 at approximately 10:11pm, Goliad County Sheriff's Office (GCSO) Deputy M. Slovak initiated a vehicle stop on a black Honda Pilot crossover SUV without license plate illumination and returns of expired registration, on Hwy 59 and FM 1726 near Goliad, Texas. The vehicle eventually pulled over in the parking lot of a convenience store, at which time the driver and approximately six passengers, (as observed on dash-cam video), attempted to flee from the vehicle on foot. Deputy Slovak chased the driver and apprehended him after a foot pursuit. The

driver was identified as Brandon MARTINEZ of Houston, Texas. MARTINEZ was arrested for state charges of Smuggling of Persons as well as Engaging in Organized Criminal Activity.

6. GCSO Sgt Hubenak and GCSO deputy M. Moyers arrived to assist. While at the scene of the bailout, Deputy Slovack observed MARTINEZ's cell phone, which MARTINEZ had abandoned while fleeing the load vehicle, with GPS still on the open screen for a destination residence in Houston, TX. Also discovered in the vehicle was a bag with additional cell phones and Mexican ID cards.

7. Sgt. Hubenak provided Miranda warnings and then interviewed MARTINEZ at the scene of the bailout while the vehicle was inventoried. MARTINEZ stated to Hubenak that he worked as a construction framer and needed more money. A coworker provided MARTINEZ a WhatsApp contact of a cartel operative. The cartel operative offered MARTINEZ a job transporting illegal immigrants for money. He was instructed to pick up six undocumented immigrants from a hotel in Sarita, Texas and transport them to Houston, Texas. MARTINEZ agreed, did as instructed, and was in route to Houston with the six undocumented immigrants at the time of his apprehension.

8. On February 13, 2022, at approximately 8:52am, GCSO deputy K. Story was patrolling the area of the bailout from the previous evening in search of the subjects that had fled on foot. He observed a lone male subject dressed in dark clothing, holding a cell phone and appearing to be lost. He conducted a welfare check on the subject, who presented deputy Story with a Mexican Voter Registration card which identified him as Marvin CARBALLO-Pena, a Mexican national from Veracruz, Mexico. The subject admitted that he had been involved in the bailout the night before, and that he had fled from deputies then. CARBALLO was arrested by GCSO for state charges of Engaging in Organized Criminal Activity.

9. On February 14, 2022, GCSO contacted HSI Victoria to request assistance with what they believed was an alien smuggling case. HSI Victoria responded to the GCSO/Jail to investigate the apparent human smuggling event. Upon arrival, agent C. Marshall and GCSO J. Davis conducted an interview of the undocumented immigrant, Marvin CARBALLO-Pena, and determined him to be a Honduran national who has twice been removed from the United States and is without status to enter or remain in the U.S. CARBALLO claims that since his last removal from the United States, he has applied and been granted Mexican citizenship by the country of Mexico.

10. Agent Marshall then initiated an interview with the driver, Brandon MARTINEZ, who was read his Miranda warning. At that time, MARTINEZ informed Marshall that his girlfriend had obtained legal counsel for MARTINEZ regarding the state charges for which he had been arrested by GCSO. The interview with MARTINEZ ceased at that time, without questioning. On February 15, 2022, Brandon MARTINEZ posted bond and was released from Goliad County Jail.

11. The facts of the case were presented to AUSA Patti Booth, who accepted the case for prosecution for violations of 8 U.S. Code § 1324(a)(1)(A)(v)(I), Engaging in the Conspiracy, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

## CONCLUSION

12. I submit that this affidavit supports probable cause for an arrest warrant for Brandon MARTINEZ in this matter for a violation of Title 8 United States Code 1324, Alien Smuggling.

Respectfully submitted,

*[signature]*

Carl E. Marshall
HSI Special Agent

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim..P.4.1, and probable cause found, on this 16th day of February, 2022.

*[signature]*

Mitchel Neurock, U.S. Magistrate Judge

3